**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MATTHEW FULTZ, an Individual;** | |
| **Plaintiff,** | **7:25CV5009** |
| **vs.** | |
| **ANDREW LA FORCE, an Individual; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; and DOES 1 THROUGH 20, inclusive;** | **AMENDED CASE PROGRESSION ORDER** |
| **Defendants.** | |

This matter comes before the Court on the Unopposed Motion for Extension of Progression Order Deadlines (Filing No. 26).  After review of the motion, the Court finds good cause to grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion for Extension of Progression Order Deadlines (Filing No. 26) is granted, and the case progression order is amended as follows:

1)   The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is extended to **August 26, 2026**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **September 10, 2026**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2)   Experts:

   a.  The deadlines for identifying expert witnessed and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended as follows:

   | | |
   |---|---|
   | For the defendants: | **September 21, 2026** |
   | Plaintiff's rebuttal: | **October 28, 2026** |

   b.  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **ninety (90) days prior to trial.**

3) The planning conference set for October 14, 2026, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **December 16, 2026**, at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **December 16, 2026**.

5) The deadline for filing motions to dismiss and motions for summary judgment is extended to **January 25, 2027**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge